# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153140 & (17)(18)

D'ALESSANDRO CONTRACTING
GROUP, LLC, and SAFECO INSURANCE
COMPANY OF AMERICA,
      Plaintiffs-Appellants,

v

                         SC: 153140
                         COA: 328366

JEFFREY WRIGHT, GENESEE COUNTY DRAIN
COMMISSIONER, DIVISION OF WATER &
WASTE SERVICES,
      Defendant-Appellee.

Genesee CC: 10-095065-CK

_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal and the accompanying motions is considered, and the application and motions are DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

         March 4, 2016

Clerk